Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Oklahoma

_____Civil_____ Division

Ryan Vanwinkle, as Next Friend of E.V. a minor Child plaintiff, and J.V. a minor child Plaintiff

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

State of OKLAHOMA EX REL, the Oklahoma Deparment of Human Sevices, et. al Defendants

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. CIV 23-036-RAW

(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

FILED
JAN 27 2023
BONNIE HACKLER
Clerk, U.S. District Court
By_____ Deputy Clerk

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ryan Vanwinkle., E.V., J.V. |
| Street Address | 14028 South 293rd East Ave |
| City and County | Coweta in Wagoner County |
| State and Zip Code | Oklahoma 74429 |
| Telephone Number | (918) 815-9556 |
| E-mail Address | ryan@epicdad.org |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: Oklahoma Deparment of Human Services
    Job or Title (if known):
    Street Address: 2409 N Kelley Ave
    City and County: Oklahoma City in Oklahoma County
    State and Zip Code: Oklahoma
    Telephone Number: (405) 522-5818
    E-mail Address (if known):

Defendant No. 2
    Name: Wagoneer/Cherokee County Oklahoma Deparment of Human Serv
    Job or Title (if known):
    Street Address: 102 NE 7th St.
    City and County: Wagoner in Wagoner County
    State and Zip Code: Oklahoma 74467
    Telephone Number: (918) 614-5000
    E-mail Address (if known):

Defendant No. 3
    Name: Kay County Oklahoma Department of Human Services
    Job or Title (if known):
    Street Address: 801 W Grand Ave
    City and County: Ponca City, in Kay County
    State and Zip Code: Oklahoma 74601
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name: Tulsa County Oklahoma Department of Human Services
    Job or Title (if known):
    Street Address: 201 West 5th St
    City and County: Tulsa in Tulsa County
    State and Zip Code: Oklahoma 74103
    Telephone Number: (918) 581-2401
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question         [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Section 242 of Title 18, 4th Ammendment, 14th ammendment, 42 U.S.C. § 1983, The 6th Ammendment, The Crime Victims' Rights Act of 2004, Title 18 USC 3771

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Ryan Vanwinkle, E.V., J.V. , is a citizen of the
      State of *(name)* Oklahoma .

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____ , is incorporated
      under the laws of the State of *(name)* _____ ,
      and has its principal place of business in the State of *(name)*
      _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____ , is a citizen of
      the State of *(name)* _____ . Or is a citizen of
      *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Oklahoma Department of Human Sevrice, is incorporated under the laws of the State of *(name)* Oklahoma, and has its principal place of business in the State of *(name)* Oklahoma.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* Oklahoma.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Ryan Vanwinkle has sole complete emergency custody of E.V. and J.V. OKDHS was aware of the location and where abouts during a wrongful withholding by Talia Vanwinkle who was convicted of casuing injuries to E.V. OKDHS failed to notify Ryan of proceedings. OKDHS forced on its own behalf against the court order in Wagoner County and refused to return E.V. and J.V. to Ryan. OKDHS refused to give the where abouts of the location of E.V. and J.V. This caused much trauma for E.V. and J.V. and anxiety for Ryan. OKDHS Employees told Ponca City Police to not allow Ryan to leave with E.V. or J.V. Judge Douglas Kirkley to the Oklahoma Supreme Court stated in 2022 Ryan has Emeregency Custody. The Supreme Court Confirmed. Kay County Judge Brock agreed and ruled the children were wrongfully withheld from Ryan Vanwinkle and ordered the return.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

OKDHS has casued sever ongoing trauma and has failed to protect the children from abuse and neglect of Talia Vanwinkle. OKDHS failed to notify Ryan of Court dates. OKDHS caused much unnesscary anxiety for Ryan. OKDHS refusal to obey court orders caused much wasted time and money. The Plaintiffs request $1.00 in damages and further request from the court an emergency temporary ex parte Restraining Order freeing the plaintiffs from retaliation and actions from the outcome, cause, or bringing of this case before the Court.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/27/2023

Signature of Plaintiff: _[signature]_
Printed Name of Plaintiff: Ryan Vanwinkle

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____